IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-588-WYD-CBS

CONTINENTAL WESTERN INSURANCE COMPANY,

    Plaintiff,

v.

ERNEST STORM,
C7C EXCAVATING a/k/a EARTH CONTRACTORS,
ALBERT P. CHAVEZ, and
WILLIAM MONTEZ,

    Defendants.

### ORDER

THIS MATTER is before the Court on Defendant C&C Excavating's Motion for More Definite Statement filed May 16, 2005.  C&C Excavating requested the Court to issue an order directing Plaintiff Continental Western Insurance Company to make a more definite statement as to whether Plaintiff is seeking relief from its duty to indemnify and defend C&C Excavating in the two State District Court claims filed by Defendants Chavez and Montez.

On June 6, 2005, Plaintiff Continental Western Insurance filed a Notice of Voluntary Dismissal of Defendant C&C Excavating Without Prejudice, in which Plaintiff notified the court of its intent to voluntarily dismiss Defendant C&C Excavating from this action without prejudice pursuant to Fed.R.Civ.P 41(a)(1).  The Court treated the Notice of Voluntary Dismissal as a Motion for Dismissal, and upon review of the file, granted the Motion for Dismissal by Order dated June 13, 2005.  Defendant C&C Excavating

has been dismissed without prejudice from this action.  Accordingly, it is

ORDERED that the Motion for More Definite Statement is **DENIED AS MOOT**.

Dated:  August 9, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge