IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-D-588 (CBS)

CONTINENTAL WESTERN INSURANCE COMPANY,

    Plaintiff,

v.

ERNEST STORM;
ALBERT P. CHAVEZ; and
WILLIAM R. MONTEZ,

    Defendants.

---

**ORDER OF DISMISSAL OF DEFENDANT ALBERT P. CHAVEZ**

---

THIS MATTER is before the Court on the Stipulated Motion for Dismissal of Defendant Albert P. Chavez filed September 28, 2005. The Court, having reviewed the Stipulation and being fully advised in the premises, hereby

ORDERS that the Stipulated Motion for Dismissal of Defendant Albert P. Chavez is **GRANTED**, and this case is **DISMISSED** as to Mr. Chavez, each party to pay their own costs and attorney fees. The case remains pending against the other Defendants.

Dated: September 29, 2005

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge