IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-588-WYD-CBS

CONTINENTAL WESTERN INSURANCE COMPANY,

    Plaintiff,

v.

ERNEST STORM; and
WILLIAM R. MONTEZ,

    Defendants.

---

### **ORDER**

---

    THIS MATTER is before the Court on the Stipulated Motion for Dismissal of Defendant William R. Montez, filed November 17, 2005.  The Court, having reviewed the Stipulation and being fully advised in the premises, hereby

    ORDERS that the Stipulated Motion for Dismissal of Defendant William R. Montez is **GRANTED**.  It is

    FURTHER ORDERED that the claims and causes of action asserted against Defendant William R. Montez are **DISMISSED WITH PREJUDICE**, each side to bear his or its own attorneys' fees and costs.

    Dated:  November 17, 2005

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge