IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-588-WYD-CBS

CONTINENTAL WESTERN INSURANCE COMPANY,

 Plaintiff,

v.

ERNEST STORM; and
WILLIAM R. MONTEZ,

 Defendants.

---

### ORDER

---

 THIS MATTER is before the Court on Plaintiff Continental Western Insurance Company's Notice of Voluntary Dismissal of Defendant Ernest Storm without Prejudice, filed November 18, 2005.  The Court, having reviewed the Notice and being fully advised in the premises, hereby

 ORDERS that the claims and causes of action asserted against Defendant Ernest Storm are **DISMISSED WITHOUT PREJUDICE**, each side to bear his or its own attorneys' fees and costs.  It is

 FURTHER ORDERED that all other Defendants having been dismissed, the above-captioned case is **DISMISSED** in its entirety.

 Dated:  November 21, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge